# UNITED STATES DISTRICT COURT

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

**Request for Modifying the Conditions or Term of Supervision**
**from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

---

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Billy John Lockhart | 0971 3:17CR00604-001 CRB |

**Name of Sentencing Judge:**  The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:**  November 27, 2018

**Original Offense**
Count One: Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B) and (b)(2), a Class C Felony.

**Original Sentence:** 36 months custody, followed by five (5) years supervised release

**Special Conditions:**  Pay restitution and special assessment, mental health treatment program, DNA collection, search of person, residence, office, vehicle, and electronic devices, not possess any computer without approval from probation officer, participate in Computer and Internet Monitoring Program (CIMP), must not access the Internet or any "on-line" computer service, no data encryption technique or program, not access internet pornography, employment must be pre-approved by the probation officer, residence must be pre-approved by the probation officer, register as a sex offender, participate in sex offender treatment, submit to polygraph testing, submit to psychological testing as recommended by treatment provider.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Will Commence** |
| Supervised Release | September 4, 2020 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Neal Hong | Gabriela Bischof (AFPD) |

---

**RE:**   Lockhart, Billy John                                                    2
          0971 3:17CR00604-001 CRB

### Petitioning the Court

To modify the conditions of supervised release as follows:

> You must participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. You must abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. You must contribute to the costs of services rendered (copayment) at a rate of at least $30 per month.

### Cause

Mr. Lockhart is set to begin his term of supervised release on September 4, 2020. Mr. Lockhart has requested to relocate to the Northern District of Texas, specifically, the Forth Worth division. He will be residing with his grandparents and the address has been approved by the Northern District of Texas probation office.  Due to Mr. Lockhart's history of polysubstance abuse, the Northern District of Texas has requested that Mr. Lockhart's supervised release conditions be modified to include the condition that he participate in a program of substance abuse treatment and abstain from the use of alcohol.

Mr. Lockhart has agreed to the modification and he has signed a Waiver of Hearing form. Based on the above, it is respectfully recommended Your Honor modify Mr. Lockhart's conditions to include the condition that he participate in a program of substance abuse treatment and abstain from the use of alcohol.

Respectfully submitted,                          Reviewed by:

*Laura Triolo*                                   *Jennifer J. James*
_____                                  _____

Laura Triolo                                     Jennifer J. James
U.S. Probation Officer Specialist                Supervisory US Probation Officer
Date Signed: February 13, 2020

---

THE COURT ORDERS:

☒☒   To modify the conditions of probation as follows:

> You must participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse.  You must abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. You must contribute to the costs of services rendered (copayment) at a rate of at least $30 per month.

**RE:**   Lockhart, Billy John                                                                  3
0971 3:17CR00604-001 CRB

☐|     Submit a request for a warrant

☐|     Submit a request for summons

☐|     Other:


February 24, 2020
Date

The Honorable Charles R. Breyer
Senior United States District Judge

NDC-SUPV-FORM 12B(1)  4/6/2015