# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Request for Modifying the Conditions or Term of Supervision
### from the Person Under Supervision
*(Probation Form 49, Waiver of Hearings is Attached)*

---

**Person Under Supervision**          **Docket Number**
Billy John Lockhart                    0971 3:17CR00604-001 CRB

**Name of Sentencing Judge:**   The Honorable Charles R. Breyer
                                Senior United States District Judge

**Date of Original Sentence:**   November 27, 2018

**Original Offense**
Count One: Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), a Class C felony

**Original Sentence:** 36 months custody, followed by five (5) years supervised release.

**Special Conditions:**  Pay restitution and special assessment, mental health treatment program, DNA collection, search of person, residence, office, vehicle, and electronic devices, not possess any computer without approval from probation officer, participate in Computer and Internet Monitoring Program (CIMP), must not access the Internet or any "on-line" computer service, no data encryption technique or program, not access internet pornography, employment must be pre-approved by the probation officer, residence must be pre-approved by the probation officer, register as a sex offender, participate in sex offender treatment, submit to polygraph testing, submit to psychological testing as recommended by treatment provider, substance abuse treatment.

**Prior Form(s) 12:** On February 24, 2020, Your Honor modified Mr. Lockhart's supervised release conditions to include substance abuse treatment.

**Type of Supervision**          **Date Supervision Commenced**
Supervised Release               September 4, 2020
**Assistant U.S. Attorney**      **Defense Counsel**
Neal Hong                        Gabriela Bischof (AFPD)

---

### Petitioning the Court

To modify the conditions of supervised release as follows:

**RE:**   Lockhart, Billy John                                                                                              2
          0971 3:17CR00604-001 CRB

You must not use any computer other than the one the defendant is authorized to use without prior approval from the probation officer.

You must not use any computer or computer-related equipment owned by his employer except for the strict benefit of his employer in the performance of his job-related duties (Macro 25D)

You must not maintain, access, or create a user account on any social networking site (i.e. MySpace Facebook, Instagram, Snap Chat, Twitter, Adultfriendfinder.com, etc.,) that allows access to minors under the age of 18, or allows the exchange of sexually explicit material, chat conversations, or instant messaging. You must not view and/or access any web profile of users under the age of 18.

You must not use or possess any gaming consoles (including but not limited to Xbox, PlayStation, Nintendo), or devices without prior permission from the probation officer.

You must not use or possess a web cam or any other hardware that allows for the exchange of video or photographs online. (Macro 25I)

You must not access any service or use any software which allows for direct peer to peer contact which may include chat rooms, file sharing, or other similar activity without permission from the probation officer.

**Cause**

Billy John Lockhart began his term of supervised release in the Northern District of Texas, Dallas Division on September 4, 2020. Mr. Lockhart is currently employed as an Information Technology (IT) Digital Technology Director for Cavadian Properties in Dallas, Texas. On September 1, 2020, USPO Jeannine Williams (USPO Williams) spoke with Mr. Lockhart's supervisor, Brandon Elias, who explained Mr. Lockhart's role with the company is to oversee the IT needs in a call center. Mr. Lockhart works in an office setting alongside Mr. Elias and all his computer usage is monitored. Mr. Elias further explained that he would like to increase the job responsibilities of Mr. Lockhart which would require him to have his own computer at home for use after normal business hours. Mr. Elias indicated he was aware of Mr. Lockhart's instant offense, and he is also aware of his conditions of supervised release relating to his computer restrictions. Mr. Elias subsequently provided USPO Williams with a letter indicating the same and he further advised he is willing to download software that would allow USPO Williams to monitor the computer assigned to Mr. Lockhart. Based on this information, the U.S. Probation Office is requesting the above-noted conditions be added to Mr. Lockhart's conditions of supervised release which would allow him to maintain employment; but, would also allow for the adequate supervision of Mr. Lockhart.

Mr. Lockhart has agreed to the modification and he has signed a Waiver of Hearing form. Based

**RE:**    Lockhart, Billy John                                                                3
            0971 3:17CR00604-001 CRB

on the above, it is respectfully recommended Your Honor modify Mr. Lockhart's conditions to include the additional computer monitoring restrictions.


Respectfully submitted,                              Reviewed by:

_____          _____
Laura Triolo                                        Jennifer J. James
U.S. Probation Officer Specialist                   Supervisory U.S. Probation Officer
Date Signed: September 30, 2020

---

THE COURT ORDERS:

**X**    To modify the conditions of probation as follows:

You must not use any computer other than the one the defendant is authorized to use without prior approval from the probation officer.

You must not use any computer or computer-related equipment owned by his employer except for the strict benefit of his employer in the performance of his job-related duties (Macro 25D)

You must not maintain, access, or create a user account on any social networking site (i.e. MySpace Facebook, Instagram, Snap Chat, Twitter, Adultfriendfinder.com, etc.,) that allows access to minors under the age of 18, or allows the exchange of sexually explicit material, chat conversations, or instant messaging. You must not view and/or access any web profile of users under the age of 18.

You must not use or possess any gaming consoles (including but not limited to Xbox, PlayStation, Nintendo), or devices without prior permission from the probation officer.

You must not use or possess a web cam or any other hardware that allows for the exchange of video or photographs online. (Macro 25I)

You must not access any service or use any software which allows for direct peer to peer contact which may include chat rooms, file sharing, or other similar activity without permission from the probation officer.

**RE:**   Lockhart, Billy John                                                                                  4
         0971 3:17CR00604-001 CRB

☐|   Submit a request for a warrant

☐|   Submit a request for summons

☐|   Other:


 September 30, 2020
Date                                                  The Honorable Charles R. Breyer
                                                     Senior United States District Judge


                                                     NDC-SUPV-FORM 12B(1)  4/6/2015