# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
**San Francisco Venue**

### Report on Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Billy John Lockhart | 0971 3:17CR00604-001 CRB |

**Name of Sentencing Judge:**   The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:**   November 27, 2018

**Original Offense**
Count One: Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), a Class C felony

**Original Sentence:** 36 months custody, followed by five (5) years supervised release.

**Special Conditions:**  Pay restitution and special assessment, mental health treatment program, DNA collection, search of person, residence, office, vehicle, and electronic devices, not possess any computer without approval from probation officer, participate in Computer and Internet Monitoring Program (CIMP), must not access the Internet or any "on-line" computer service, no data encryption technique or program, not access internet pornography, employment must be pre-approved by the probation officer, residence must be pre-approved by the probation officer, register as a sex offender, participate in sex offender treatment, submit to polygraph testing, submit to psychological testing as recommended by treatment provider, substance abuse treatment.

**Prior Form(s) 12:**  On February 24, 2020, Your Honor modified Mr. Lockhart's supervised release conditions to include substance abuse treatment.

On September 30, 2020, Your Honor modified Mr. Lockhart's supervised release conditions to include computer monitoring and other computer restriction conditions.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | September 4, 2020 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Neal Hong | Gabriela Bischof (AFPD) |

**RE:**   Lockhart, Billy John                                                    2
      0971 3:17CR00604-001 CRB

**Petitioning the Court to Take Judicial Notice**

**Cause**

Charge Number          Violation

One                    There is probable cause to believe that the person under supervision violated the newly added special condition that he must participate in program (inpatient and/or outpatient) approved by U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency. You must abstain from the use of alcohol.

                       On July 2, 2021, Mr. Lockhart submitted to a clinical maintenance polygraph examination, at Ruiz Protective Service, Incorporated, located in Dallas, Texas. At that time, Mr. Lockhart, disclosed that in February 2021, he was drinking about one six-pack of beer per week until March 2021.  In addition, he disclosed he goes to bars regularly and consumes alcohol there.

                       Evidence to support this charge is contained in a maintenance polygraph examination report completed on July 2, 2021 by Ruiz Protective Service, Inc.

Two                    There is probable cause to believe that the person under supervision violated special condition number five that he must not possess or use a computer without the prior approval of the probation officer.

                       On July 2, 2021, Mr. Lockhart submitted to a clinical maintenance polygraph examination, at Ruiz Protective Service, Incorporated, located in Dallas, Texas. During a pretest statement, Mr. Lockhart disclosed that he watched pornography on the cellular telephones of several customers while he was working a restaurant.

                       Evidence to support this charge is contained in a maintenance polygraph examination report completed on July 2, 2021 by Ruiz Protective Service, Inc.

Three                  There is probable cause to believe that the person under supervision violated special condition number seven that he must not access the Internet or any "on-line computer service" at any location (include employment) without prior approval of the probation officer.

**RE:**    Lockhart, Billy John                                                                                            3
       0971 3:17CR00604-001 CRB

On July 2, 2021, Mr. Lockhart submitted to a clinical maintenance polygraph examination, at Ruiz Protective Service, Incorporated, located in Dallas, Texas. During a pretest statement, Mr. Lockhart disclosed that he watched pornography on the cellular telephones of several customers while he was working a restaurant.

Evidence to support this charge is contained in a maintenance polygraph examination report completed on July 2, 2021 by Ruiz Protective Service, Inc.

Four        There is probable cause to believe that the person violated special condition that he must not use or possess any gaming consoles, without prior permission from the probation officer.

On July 2, 2021, Mr. Lockhart submitted to a clinical maintenance polygraph examination, at Ruiz Protective Service, Incorporated, located in Dallas, Texas. At that time, Mr. Lockhart disclosed that he owns a smart television and his sister, with whom he lives, owns a gaming system (specifically, a PlayStation), which had access to the internet.

Evidence to support this charge is contained in a maintenance polygraph examination report completed on July 2, 2021 by Ruiz Protective Service, Inc.

### Action Taken and Reason

Mr. Lockhart is currently being supervised by the Northern District of Texas U.S. Probation Office.  Mr. Lockhart continues to attend weekly sex offender group treatment and one individual session per month. In addition, he also attends monthly individual mental health counseling as well as psychiatric medication monitoring.  The drivers for this violation conduct are being identified and addressed in the aforementioned treatment sessions.

On July 7, 2021, USPO Williams contacted Mr. Lockhart and reminded him that he must continue to abstain from alcohol.   When questioned about the smart television and gaming device, Mr. Lockhart indicated that he purchased the television in March 2021, and he did not tell his probation officer because he did not want to be told that he could not have it. Mr. Lockhart has denied using the smart television and gaming device for inappropriate reasons.  USPO Williams contacted Mr. Lockhart's sister, and she agreed to move the smart television and PlayStation to her bedroom to limit his access. Mr. Lockhart admitted that he viewed pornography on restaurant patrons' cellphones. He reported that this is commonplace in the gay community. He terminated his employment on June 1, 2021 to eliminate the likelihood that this would continue to happen going forward.

RE:    Lockhart, Billy John                                                                                      4
         0971 3:17CR00604-001 CRB


Based on this information, it is respectfully recommended that the Court take judicial notice of the violation conduct.


Respectfully submitted,                              Reviewed by:


_____        _____
Laura Triolo                                              Jennifer J. James
U.S. Probation Officer Specialist                 Supervisory U.S. Probation Officer
Date Signed: August 9, 2021

_____

THE COURT ORDERS:

XX   The Court concurs and takes judicial notice

☐      Submit a request to modify supervision

☐      Submit a request for a warrant

☐      Submit a request for summons

☐      Other:


__August 11, 2021_____        _____
Date                                                        The Honorable Charles R. Breyer
                                                             Senior United States District Judge